UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US ACQUISITION, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br>v.<br>MARCHMONT, LLC, et al.,<br><br>            Defendants. | Civil No. 12-CV-1242 DMS (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO COMPEL AND AWARDING MONETARY SANCTIONS**<br><br>(Dkt. No. 37.) |

Plaintiff US Acquisition, LLC, filed the pending *ex parte* motion for terminating sanctions against Defendant Wallace Benward[1] for failure to respond to discovery or, in the alternative, to compel Defendant Benward to respond to discovery demands. (Dkt. No. 37.) Plaintiff also seeks monetary sanctions to cover costs and attorney's fees. *Id.* Despite being ordered to do so, Defendant Benward did not file a response to Plaintiff's motion. (Dkt. No. 41.)

On May 22, 2012, this action was commenced by the Federal Deposit Insurance Corporation against several Defendants, including Defendant Benward and two companies, Marchmont, LLC, and Twin Development Company. (Dkt. No. 1.) Both companies are associated with Defendant Benward. US Acquisition, LLC, was later

---

[1] Wallace Benward was erroneously sued as "Benward Wallace." (Dkt. No. 37 at 2.)

substituted in as Plaintiff.  (Dkt. No. 19.)

On January 14, 2013, the Hon. Dana M. Sabraw granted Robert J. Legate's motion to be relieved as counsel for Defendants Benward, Marchmont, LLC, and Twin Development Company.  (Dkt. No. 30.)  The corporate Defendants were directed to file a notice of appearance of new counsel.  *Id.*  They failed to do so, and thereafter failed to appear at a Show Cause hearing.  (Dkt. No. 34.)  As a result, Judge Sabraw struck the answers of the corporate Defendants and entered their default.  *Id.*

On January 18, 2013, Plaintiff served (1) Requests for Admission and Authentication of Documents, (2) Requests for Production of Documents, and (3) Special Interrogatories.  (Dkt. 37-1 ¶ 3.)  Plaintiff received no response to these demands.  *Id.* ¶ 5.  Plaintiff also served a Notice of Deposition on February 22, 2013.  *Id.* ¶ 7.  The deposition was scheduled for March 14, 2013, and Defendant Benward did not appear.  *Id.* ¶¶ 7, 8.  Plaintiff's counsel sent a letter to Defendant Benward requesting a meet and confer about the discovery issues, but received no response.  *Id.* ¶ 6.

Plaintiff seeks alternative forms of relief in the pending motion.  (Dkt. No. 37.)  Plaintiff asks this Court to strike Defendant Benward's answer in this action and enter his default.  *Id.* at 5-6.  Alternatively, Plaintiff requests that this Court issue an Order compelling Defendant Benward to respond to the discovery demands.  *Id.* at 6-7.  Plaintiff also asks for monetary sanctions to cover the cost of the court reporter at the deposition, attorney's fees related to the deposition, and attorney's fees in preparing this *ex parte* motion.  *Id.* at 7.

Based on the proceedings so far and Defendant Benward's failure to cooperate in discovery and his failure to respond to this motion, this Court **HEREBY ORDERS**:

1.  Plaintiff's motion to compel responses to the January 18, 2013, discovery demands is **GRANTED**.  Defendant Benward shall serve responses to these demands within fourteen days of the date of this Order.  Defendant Benward shall also appear at a deposition scheduled at Plaintiff's convenience, with fourteen days notice given to Defendant.

2. After the above deadlines have passed, counsel for Plaintiff shall immediately file a declaration with the Court advising whether Defendant Benward has complied with this Order.

3. If Defendant Benward has not complied with this Order, the undersigned shall recommend that Judge Sabraw strike this Defendant's answer and enter his default.

4. This Court hereby awards sanctions in the amount of $3,523.50 to Plaintiff. This award covers the cost of the court reporter for the deposition where Defendant failed to appear ($523.50) and $3,000 in attorney's fees relative to the deposition and the preparation of the pending motion (12 hours x $250 hourly rate). Defendant Benward shall tender this payment to Plaintiff's counsel within fourteen days of the date of this Order.

**IT IS SO ORDERED.**

DATED: April 20, 2013

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court