# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| US ACQUISITION, LLC,<br><br>                          Plaintiff,<br><br>  vs.<br><br>MARCHMONT, LLC, a California limited liability company, et al.,<br><br>                       Defendants. | CASE NO. 12cv1242 DMS (NLS)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION IN PART AND (2) STRIKING DEFENDANT BENWARD'S ANSWER AND ENTERING HIS DEFAULT**<br><br>[Docket Nos. 43, 69] |
|---|---|

This case comes before the Court on the August 14, 2013 Report and Recommendation ("R&R") of Magistrate Judge Nita L. Stormes. In the R&R, the Magistrate Judge recommends that the Court strike all pleadings by Defendant Benward and enter his default. Defendant Benward filed objections to the R&R, and Plaintiff US Acquisition, LLC filed a reply.

This Court, having reviewed the R&R *de novo*, adopts the recommendation in part, and orders as follows:

1. The Clerk of Court shall strike Defendant Benward's Answer to the Complaint, and enter his default. Because the Cross-Defendants do not move to strike Defendant Benward's Cross-Claim, and

/ / /

/ / /

/ / /

/ / /

US Acquisition, LLC has no standing in that case, Defendant Benward's pending Cross-Claim shall not be stricken and shall remain on the docket.

**IT IS SO ORDERED.**

DATED: September 11, 2013

                                               HON. DANA M. SABRAW
United States District Judge